IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| PBM CAPITAL INVESTMENTS, LLC, *ET AL.*,<br>*Plaintiffs,*<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br>*Defendant.* | CASE NO. 3:15–cv–00037<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon Defendant General Electric Company's ("GE") motion to dismiss for lack of personal jurisdiction (docket no. 4), motion to stay litigation and compel arbitration (docket no. 5), and motion to dismiss for failure to state a claim (docket no. 11). The motions are fully briefed, have been argued, and are ripe for decision. For the reasons stated in the accompanying Memorandum Opinion, GE's motion to dismiss for lack of personal jurisdiction (docket no. 4) is **GRANTED**. GE's other motions (docket nos. 5 and 11) are **DENIED** as moot. The case is **STRICKEN** from the Court's active docket.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order and accompanying Memorandum Opinion to all counsel of record.

Entered this \_\_\_22nd\_\_\_ day of July, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE